**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROMED CAPITAL VENTURE, LLC, | Case No. 2:24-cv-00173-CDS-NJK |
| Plaintiff, | **Order** |
| v. | |
| DEERFIELD BEACH OUTPATIENT SURGICAL CENTER, LLC, | |
| Defendant. | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant failed to file a certificate of interested parties.  Accordingly, Defendant must file a certificate of interested parties no later than February 5, 2024.

IT IS SO ORDERED.

Dated: January 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1